UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET LOYD,<br><br>                          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>                        Defendants. | Case No.: 17-CV-336-CAB-JLB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br>**[Doc. No. 20]** |

      Having considered the parties' Joint Motion For Dismissal of Defendant Experian Information Solutions, Inc., ("Experian") With Prejudice, per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **GRANTS** the joint motion. [Doc. No. 20.] Accordingly, this Court **DISMISSES WITH PREJUDICE** Defendant Experian from this action. Each party to bear their own attorneys' fees and costs. The Clerk of the Court shall close this case.

      It is **SO ORDERED**.

Dated: May 30, 2017

                                                  Hon. Cathy Ann Bencivengo
                                                United States District Judge